**ORIGINAL**

*JUDGE DANIELS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA

    v.

JAMES FOX,

            Defendant.
------------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Cr.

**07 CRIM 893**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            September 12, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

            By:    _____
                    Marshall A. Camp
                    Assistant United States Attorney

            AGREED AND CONSENTED TO:

            By:    _____
                    Thomas F.X. Dunn, Esq.
                    **Attorney for James Fox**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

9/13/07 WHEEL A