UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JAMES FOX,

        Defendant.

- - - - - - - - - - - - - - - - - x

WAIVER OF INDICTMENT

07 CRIM 893

*JUDGE DANIELS* (stamp)

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                /s/ James Fox
                                JAMES FOX

                                /s/ Thomas F.X. Dunn
                                Thomas F.X. Dunn, Esq.
                                Attorney for James Fox

Witness: /s/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
SEP 20 2007

Date:    New York, New York
          September 20, 2007