

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2007

**By Fax: 212-805-6737**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

      Re:   United States v. James Fox,
             07 Cr. 893 (GBD)

Dear Judge Daniels:

      After consulting with Your Honor's deputy clerk, I write with the consent of the defense to request that the pre-trial conference in this matter, presently scheduled for Wednesday, October 31, 2007, be adjourned to November 29, 2007 at 9:45 a.m. The parties anticipate a disposition in this matter and are optimistic that a plea will be entered at that time.

Hon. George B. Daniels
October 29, 2007
Page 2

      Because this adjournment is requested to facilitate a disposition of this matter, I also request that the time until November 29, 2007 be excluded under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                  By: _____
                         Marshall A. Camp
                         Assistant United States Attorney
                         Tel.: (212) 637-1035

cc:   Thomas F.X. Dunn, Esq. (by fax: 212-941-9947)

SO ORDERED.

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DATE  OCT 3 1 2007