

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

~~~LY FILED

APR 1 4 2008

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2008

**By Fax: 212-805-6737**
The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, 630
New York, New York 10007

    Re: <u>United States</u> v. <u>James Fox</u>,
        07 Cr. 893 (GBD)

Dear Judge Daniels:

    After consulting with Your Honor's law clerk, I write with the consent of the defense to request that this matter be scheduled for a plea hearing on Thursday, April 24, 2008 at 10:30 a.m. I also request that the time until the plea be excluded under the Speedy Trial Act.

                  Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney

        By: _____
               Marshall A. Camp
               Assistant United States Attorney
               Tel.: (212) 637-1035

cc: Thomas F.X. Dunn, Esq. (by fax: 212-941-9947)

SO ORDERED.

_____
HON. GEORGE B. DANIELS
**HON. GEORGE B. DANIELS** JUDGE

APR 1 4 2008
DATE

TOTAL P.01