**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**7 DEY STREET**
**SUITE 804**
**NEW YORK, NEW YORK 10007**
TEL.: 212-941-9940
FAX: 212-941-9947

April 23, 2008

Honorable George B. Daniels
United States District Court
500 Pearl Street
New York, N.Y. 10007

**SO ORDERED**
The plea is adjourned to
April 30, 2008 at 10:00 a.m.

APR 24 2008 *George B. Daniels*
**HON. GEORGE B. DANIELS**

Re: United States v. James Fox
07 Cr. 893 (GBD)

Dear Judge Daniels:

I write to request an adjournment of the conference scheduled for April 24, 2008 in which it is expected that a guilty plea will be entered into. I request this adjournment because of a conflict in scheduling. I discussed this request with Assistant U.S. Attorney Marshall Camp and he consents this request.

I request that this matter be adjourned until April 30, 2008 or some date thereafter convenient to the court.

Thank you for your consideration of this request.

Respectfully yours,

*Thomas F. X. Dunn*
Thomas F. X. Dunn

cc: Marshall A. Camp, Esq.
    Assistant US Attorney