# MACDONALD LAW FIRM

**Angelo G. MacDonald, Esq.**
124 West 60th Street, Suite 32
New York, New York 10023
(917) 385-1001
gothamlaw@yahoo.com

- Admitted in New York and New Jersey -

April 29, 2008

ANTHONY
MCCARTHY
ELECTRONICALLY FILED
DATE FILED: APR 3 0 2008

VIA FACSIMILE 212-805-6737
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

**SO ORDERED**
The plea is rescheduled to
May 7, 2008 at 10:30 a.m.

*George B. Daniel*
**HON. GEORGE B. DANIELS**

Re:   *James Fox*
      *Request for Continuance*
      *Case No.: 01:07 Cr. 893 (GBD)*

Dear Judge Daniels:

This afternoon I met with the defendant, Mr. Fox, was retained to represent him and filed with the Clerk of the Court a Notice of Appearance in the above captioned matter.

I have been informed by the Clerk's office, the Court and the assistant United States Attorney, Mr. Camp, that Mr. Fox is scheduled to appear before your Honor tomorrow, April 30, 2008, at 10:00 a.m. to sign a Plea Agreement and enter a guilty plea.

Accordingly, I am respectfully requesting an adjournment in Mr. Fox's matter so I can counsel and prepare the defendant for said events. Today, I reviewed the proposed Plea Agreement and had preliminary discussions with the defendant but I need additional time to speak with Mr. Camp and meet and speak with the defendant.

Mr. Camp has no objection to my request for an adjournment for these purposes. Further, as this request is from the defendant. we consent to the exclusion of any and all time in connection with this request.

I look forward to speaking with your Court Attorney to set a new court date.

Very Truly Yours,

Angelo G. MacDonald

Cc: AUSA Marshall Camp (Fax) 212-637-0086