# MACDONALD LAW FIRM

**Angelo G. MacDonald, Esq.**
124 West 60th Street, Suite 32
New York, New York 10023
(917) 385-1001
gothamlaw@yahoo.com

- Admitted in New York and New Jersey -

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 6 2008

May 2, 2008

VIA FACSIMILE 212-805-6737
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

*SO ORDERED
The plea is adjourned to May 14, 2008 at 10:30 a.m.*
MAY 0 6 2008
*[signature]*
HON. GEORGE B. DANIELS

Re:   James Fox
      *Request for Continuance*
      Case No.: *01:07 Cr. 893 (GBD)*

Dear Judge Daniels:

On April 29, 2008 I filed a Notice of Appearance in the above captioned matter and requested an adjournment of this matter from April 30, 2008 to a new court date, in order for me to speak with the Assistant United States Attorney and consult with and prepare my client for any and all future events.

I was informed late in the day on April 30, 2008 that a new court date, for my client's signing of a Plea Agreement and the entering of a plea, was scheduled for May 7, 2008 at 3:00 p.m.

Unfortunately, I am not able to appear in court on May 7, 2008 on this matter because I am scheduled to conduct hearings in York Immigration Court in York, Pennsylvania that day. The first hearing, In the Matter of Javier Patino, is scheduled for 8:30 a.m. and the second hearing, In The Matter of Cesar Salazar, is scheduled for 1:30 p.m. Both Respondents are incarcerated and their court dates have been set for quite some time. I am required to be present and to conduct those proceedings.

Accordingly, I respectfully request (and consent to the exclusion of any and all time in connection with this request) that this matter be continued from May 7, 2008 to a new date. My client and I are available either May 14, 2008 or May 15, 2008 (the best dates) or June 3, 2008 or June 5, 2008.

I look forward to speaking with your Court Attorney to set a new court date.

Very Truly Yours,

*[signature]*
Angelo G. MacDonald

Cc: AUSA Marshall Camp (Fax) 212-637-0086