# MACDONALD LAW FIRM

Angelo G. MacDonald, Esq.
124 West 60th Street, Suite 32
New York, New York 10023
(917) 385-1001
gothamlaw@yahoo.com

- Admitted in New York and New Jersey -



May 14, 2008

VIA FACSIMILE 212-805-6737
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

**SO ORDERED**

*[signature]* George B. Daniels

HON. GEORGE B. DANIELS
MAY 15 2008

Re: *James Fox*
*Request for Permission to Travel*
Case No.: *01:07 Cr. 893 (GBD)*

Dear Judge Daniels:

As per this morning' request and the Court's instructions, we are officially requesting, in letter form, that the Court grant my client permission to travel to Phoenix, Arizona from May 24, 2008 through May 30, 2008 to visit with his God-daughter, Gwenn Durkee aged 10, and her family.

My client will be staying with his God-daughter Gwenn and her family at the family's home. Their contact information is as follows:

   Brett and Moaki Durkee
   315 West Mohawk Lane
   Phoenix, Arizona 85027
   (602) 999-8760

My client has made reservations to travel directly from New York to Phoenix via Continental Airlines. Attached is a copy of my client's itinerary.

I have spoken to my client's Pre-Trial Services Officer, Mr. Carlos Ramirez, and to the assigned Assistant United States Attorney, Marshall Camp, both of whom have no objection to allowing my client to travel in accordance with the itinerary provided.

Accordingly, I am respectfully requesting the Court grant Mr. Fox permission to travel in accordance with the details contained in this letter.

Very Truly Yours,

*[signature]*
Angelo G. MacDonald

Cc: AUSA Marshall Camp (Fax) 212-637-0086

MAY-14-2008 16:21 P.02/02
Continental Airlines - Thank You for Choosing Continental Airlines Page 1 of 1
Case 1:07-cr-00893-GBD  Document 44  Filed 05/16/2008  Page 2 of 2

**Continental Confirmation Number:** BPWGZV

**New York/Newark, NJ (EWR - Liberty) to Phoenix, AZ (PHX) on Sat., May. 24, 2008**
**Phoenix, AZ (PHX) to New York, NY (JFK) on Thu., May. 29, 2008**

We will hold this reservation until **midnight Wed., May. 14, 2008 Central Time**.

To complete your purchase do **one** of the following:

- Note your confirmation number and total price of this reservation and visit a Western Union location near you. See Instructions and a list of locations. ($9.95 fee per transaction)
- Purchase your ticket at a Continental Ticketing facility. (a **per ticket service fee** may be charged at Continental Ticket Offices)
- Pay later using a credit card by signing into your account or by entering your Continental confirmation number to view your reservation.
- You may also call Continental Reservations in United States at 1-800-300-1547 for assistance (a transaction fee will apply).
- Call Continental Reservations in the U.S. and Canada at 800.300.1547, United Kingdom on 0800 096 1885. ($15.00 USD per ticket service fee for non-Platinum members)

This reservation is not ticketed. Complete this purchase now.

**Flight Details:**

| Depart: | Arrive: | Travel Time: | Flight: CO1835 |
|---|---|---|---|
| 7:50 p.m. | 10:24 p.m. | 5 hr 34 mn | Aircraft: Boeing 737-800 |
| Sat., May. 24, 2008 | Sat., May. 24, 2008 | | Fare Class: Economy (G) |
| New York/Newark, NJ (EWR - Liberty) | Phoenix, AZ (PHX) | | Meal: Snack |
| | | | No Special Meal Offered. |

**AIRTRAIN NEWARK** Rail service available between Newark Liberty Airport and Manhattan.

| Depart: | Arrive: | Travel Time: | Flight: DL640 |
|---|---|---|---|
| 10:30 p.m. | 6:29 a.m. +1 Day | 4 hr 59 mn | Aircraft: Boeing 737-800 |
| Thu., May. 29, 2008 | Fri., May. 30, 2008 | | Fare Class: Economy (N) |
| Phoenix, AZ (PHX) | New York, NY (JFK) | | Meal: None |

Note: You are departing New York/Newark, NJ (EWR - Liberty) and arriving New York, NY (JFK).

**Passengers:**

**Mr. James T. Fox**
Seat Assignments:     29F | ---
. We were unable to assign some or all of your seats. You can select seats when checking in at continental.com or at an airport kiosk.
Trip Alert:             Not Active
Frequent Flyer:         CO-RU271344
Email Address:          jamesfoxnewyork@aol.com
Home Phone:             (646) 342-7383 - United States
Business/Other Phone:   (888) 562-9125 - United States