```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :         WAIVER OF INDICTMENT
JAMES FOX,                       :
                                 :         S1 07 Cr. 893 (GBD)
            Defendant.           :
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841 and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JAMES FOX

_____
ANGELO G. MACDONALD
Attorney for James Fox

Witness: _____

Date:   New York, New York
        May 14, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 14 2008
```